No. D–738. IN RE DISBARMENT OF BURKE. Disbarment entered. [For earlier order herein, see 488 U. S. 906.]

No. D–744. IN RE DISBARMENT OF HECHT. Motion to defer consideration denied. Disbarment entered. [For earlier order herein, see 488 U. S. 963.]

No. D–745. IN RE DISBARMENT OF DENKER. Disbarment entered. [For earlier order herein, see 488 U. S. 963.]

No. D–747. IN RE DISBARMENT OF WILLIAMS. Disbarment entered. [For earlier order herein, see 488 U. S. 978.]

No. D–752. IN RE DISBARMENT OF ALBIN. Disbarment entered. [For earlier order herein, see 488 U. S. 1026.]

No. D–766. IN RE DISBARMENT OF HALPER. It is ordered that Donald Kenneth Halper, of Sherman Oaks, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–767. IN RE DISBARMENT OF ESTON. It is ordered that Leonard Raymond Eston, of Detroit, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–768. IN RE DISBARMENT OF SANDERS. It is ordered that Samuel Henry Sanders III, of Birmingham, Ala., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–769. IN RE DISBARMENT OF SMITH. It is ordered that William Trickett Smith, of Harrisburg, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–770. IN RE DISBARMENT OF MATTHEWS. It is ordered that Michael Joseph Matthews, of Gonzales, La., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.